# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2598

_____

| | |
|---|---|
| Richard Belk, | * |
| | * |
| Appellant, | * |
| | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Western District of Missouri. |
| Missouri Highways and Transportation | * |
| Commission; James M. Murawski; | * [UNPUBLISHED] |
| Richard G. Busse; Denis Bigley; | * |
| Ed Hassinger; Ron Hopkins, | * |
| | * |
| Appellees. | * |

_____

Submitted: September 28, 2011
Filed: October 4, 2011

_____

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Richard Belk appeals the district court's[1] adverse grant of summary judgment in his employment discrimination action. After careful de novo review, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we agree that summary judgment

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

was proper for the reasons stated by the district court.  Accordingly, we affirm the judgment.  <u>See</u> 8th Cir. R. 47B.

_____